IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-00764-PAB-BNB

MARZIA KAKA,

    Plaintiff,

v.

ERIC H. HOLDER, JR., Attorney General, in his official capacity, United States Department of Justice,
JEH JOHNSON, Secretary, in his official capacity, Department of Homeland Security,
LORI SCIALABBA, Acting Director, in her official capacity, U.S. Citizenship and Immigration Service,
ANDREW LAMBRECHT, Acting District Director, in his official capacity, U.S. Citizenship and Immigration Service, and
JAMES COMEY, Director, in his official capacity, Federal Bureau of Investigation,

    Defendants.

_____

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**
_____

This matter is before the Court on the Recommendation of United States Magistrate Judge Boyd N. Boland filed on June 12, 2014 [Docket No. 12]. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on June 12, 2014. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t does not appear that Congress intended to require district court review of a

magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The Recommendation of United States Magistrate Judge [Docket No. 12] is ACCEPTED.

2. This case is administratively closed subject to reopening for good cause shown pursuant to D.C.COLO.LCivR 41.2.

3. If no party files a stipulation to dismiss the case or a motion to reopen the case on or before **December 1, 2014**, this case will be dismissed with prejudice without further notice to the parties and without further action by the Court.

DATED July 8, 2014.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).